# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                          **Crim. No. 5:13-CR-250-1BO**

**BRANDON WINSTEAD**

On October 17, 2011, the above named was sentenced to 15 months custody, followed by 36 months of supervised release. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: September 18, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____15_____ day of _____October_____, 2015.

Terrence W. Boyle
U.S. District Judge